**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GILBERTO FRANCO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.** | : | **NO. 13-2577** |

## ORDER

**AND NOW**, this 31st day of July, 2013, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.